| | |
|---|---|
| DUANE MORRIS LLP<br>Karineh Khachatourian (SBN 202634)<br>kkhachatourian@duanemorris.com<br>David T. Xue (SBN 256668)<br>dtxue@duanemorris.com<br>Patrick S. Salceda (SBN 247978)<br>psalceda@duanemorris.com<br>490 S. California Avenue, Suite 200<br>Palo Alto, CA 94306-2068<br>Telephone: 650.847.4150<br>Facsimile: 650.847.4151<br><br>Attorneys for Defendant<br>MARKETO, INC. | WILLIAMS & CONNOLLY LLP<br>Paul B. Gaffney (admitted *pro hac vice*)<br>Thomas G. Hentoff (admitted *pro hac vice*)<br>Thomas S. Fletcher (No. 262693)<br>Eric C. Weiner (admitted *pro hac vice*)<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>SKAGGS\|FAUCETTE LLP<br>Jeffrey E. Faucette<br>jeff@skaggsfaucette.com<br>One Embarcadero Center, Suite 500<br>San Francisco, CA 94111<br><br>Attorneys for Plaintiff<br>iHANCE, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| iHANCE, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>MARKETO, INC.,<br><br>               Defendant. | Case No.: 3:13-cv-02271-WHO<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED ANSWER AND COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 15(a)(2)**<br><br>Honorable William J. Orrick |

1  Plaintiff and Counter-Defendant iHance, Inc. ("iHance") and Defendant and Counter-
2  Claimant Marketo, Inc. ("Marketo"), hereby consent and stipulate as follows:
3  WHEREAS, iHance filed a Complaint on May 17, 2013;
4  WHEREAS, iHance filed a First Amended Complaint on July 8, 2013;
5  WHEREAS, Marketo filed an Answer and Counterclaims on July 22, 2013;
6  WHEREAS, Marketo filed a First Amended Answer and Counterclaims on July 29, 2013;
7  WHEREAS, Marketo seeks to file a Second Amended Answer and Counterclaims in an
8  effort to avoid unnecessary motion practice and to conserve the resources of the Court and the
9  parties;
10  WHEREAS, Marketo's Second Amended Answer and Counterclaims is submitted
11  concurrently herewith in accordance with Civil L.R. 10-1; and
12  WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), iHance consents to
13  Marketo's filing of the Second Amended Answer and Counterclaims.
14  **IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**
15  1. That pursuant to Federal Rule of Civil Procedure 15(a)(2), Marketo's Second
16  Amended Answer and Counterclaims shall be Marketo's now-operative pleading in the above-
17  captioned litigation; and
18  2. That pursuant to Federal Rule of Civil Procedure 15(a)(3), iHance shall have fourteen
19  (14) days from service of the Second Amended Answer and Counterclaims in which to answer or
20  otherwise respond.
21  In accordance with Civil L.R. 5-1(i)(3), the filer of this document hereby attests that
22  concurrence in the filing of this document has been obtained from the other signatory hereto.
23  **IT IS SO STIPULATED:**

-2-

Dated:  August 12, 2013                                   Respectfully submitted,

                                                            By:   /s/ *Karineh Khachatourian*
                                                                     Karineh Khachatourian
kkhachatourian@duanemorris.com
David T. Xue
dtxue@duanemorris.com
Patrick S. Salceda
psalceda@duanemorris.com
DUANE MORRIS LLP
490 South California Avenue
Suite 200
Palo Alto, CA 94306-2068
Telephone: (650) 847-4150
Facsimile: (650) 847-4151

Attorneys for Defendant
MARKETO, INC.


Dated:  August 12, 2013                                   Respectfully submitted,

                                                            By:   /s/ *Thomas S. Fletcher*
Paul B. Gaffney
pgaffney@wc.com
Thomas G. Hentoff
thentoff@wc.com
Thomas S. Fletcher
tfletcher@wc.com
Eric C. Wiener
ewiener@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey E. Faucette
jeff@skaggsfaucette.com
SKAGGS|FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994

Attorneys for Plaintiff
iHANCE, INC.

Dated:  August 12, 2013                               Respectfully submitted,

By:   /s/ *Karineh Khachatourian*
Karineh Khachatourian
kkhachatourian@duanemorris.com
David T. Xue
dtxue@duanemorris.com
Patrick S. Salceda
psalceda@duanemorris.com
DUANE MORRIS LLP
490 South California Avenue
Suite 200
Palo Alto, CA 94306-2068
Telephone: (650) 847-4150
Facsimile: (650) 847-4151

Attorneys for Defendant
MARKETO, INC.

Dated:  August 12, 2013                               Respectfully submitted,

By:   /s/ *Thomas S. Fletcher*
Paul B. Gaffney
pgaffney@wc.com
Thomas G. Hentoff
thentoff@wc.com
Thomas S. Fletcher
tfletcher@wc.com
Eric C. Wiener
ewiener@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey E. Faucette
jeff@skaggsfaucette.com
SKAGGS|FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994

Attorneys for Plaintiff
iHANCE, INC.

ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

DATED: August 12, 2013



Hon. William H. Orrick III
United States District Court Judge

-3-
STIPULATION AND ORDER RE FILING SECOND AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. 3:13-CV-02271-WHO