DUANE MORRIS LLP
Karineh Khachatourian (SBN 202634)
kkhachatourian@duanemorris.com
David T. Xue (SBN 256668)
dtxue@duanemorris.com
Patrick S. Salceda (SBN 247978)
psalceda@duanemorris.com
490 S. California Avenue, Suite 200
Palo Alto, CA 94306-2068
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant
MARKETO, INC.

WILLIAMS & CONNOLLY LLP
Paul B. Gaffney (admitted *pro hac vice*)
Thomas G. Hentoff (admitted *pro hac vice*)
Thomas S. Fletcher (No. 262693)
Eric C. Weiner (admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, D.C. 20005

SKAGGS|FAUCETTE LLP
Jeffrey E. Faucette
jeff@skaggsfaucette.com
One Embarcadero Center, Suite 500
San Francisco, CA 94111

Attorneys for Plaintiff
iHANCE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| iHANCE, INC. | Case No.: 3:13-cv-02271-WHO |
| Plaintiff, | **STIPULATION AND ORDER SELECTING ADR PROCESS** |
| v. | |
| MARKETO, INC., | Honorable William J. Orrick |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

**Private Process:**

☒ Private ADR (*please identify process and provider*) Mediation provided by JAMS Arbitration and Mediation Services.  Specific Bay Area location and mediator to be agreed upon by the parties.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.  )*

☐ other requested deadline

In accordance with Civil L.R. 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

Dated:  August 13, 2013                                       Respectfully submitted,

By:  /s/ *Thomas S. Fletcher*
Thomas S. Fletcher

Attorney for Plaintiff
iHANCE, INC.

Dated:  August 13, 2013                                       Respectfully submitted,

By:  /s/ *Karineh Khachatourian*
Karineh Khachatourian

Attorney for Defendant
MARKETO, INC.

-1-

STIPULATION AND ORDER SELECTING ADR PROCESS
CASE NO. 3:13-CV-02271-WHO

1

**ORDER**

2    X☐    The parties' stipulation is adopted and IT IS SO ORDERED.

3    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

4

5  DATED: August 13, 2013

6                                                                    _____

7                                                                    Hon. William H. Orrick III
                                                                      United States District Court Judge

8  DM2\4414757.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28