DUANE MORRIS LLP
Karineh Khachatourian (SBN 202634)
kkhachatourian@duanemorris.com
David T. Xue (SBN 256668)
dtxue@duanemorris.com
Patrick S. Salceda (SBN 247978)
psalceda@duanemorris.com
490 S. California Avenue, Suite 200
Palo Alto, CA 94306-2068
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant
MARKETO, INC.

WILLIAMS & CONNOLLY LLP
Paul B. Gaffney (admitted *pro hac vice*)
Thomas G. Hentoff (admitted *pro hac vice*)
Thomas S. Fletcher (No. 262693)
Eric C. Weiner (admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, D.C. 20005

SKAGGS|FAUCETTE LLP
Jeffrey E. Faucette
jeff@skaggsfaucette.com
One Embarcadero Center, Suite 500
San Francisco, CA 94111

Attorneys for Plaintiff
iHANCE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| iHANCE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETO, INC.,<br><br>　　　　　Defendant. | Case No.: 3:13-cv-02271-WHO<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Honorable William J. Orrick |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

**Private Process:**

☒ Private ADR (*please identify process and provider*) Mediation provided by JAMS Arbitration and Mediation Services.  Specific Bay Area location and mediator to be agreed upon by the parties.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.  )*

☐ other requested deadline

In accordance with Civil L.R. 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

Dated:  August 13, 2013               Respectfully submitted,

                                      By:   /s/ *Thomas S. Fletcher*
                                            Thomas S. Fletcher

                                            Attorney for Plaintiff
                                            iHANCE, INC.

Dated:  August 13, 2013               Respectfully submitted,

                                      By:   /s/ *Karineh Khachatourian*
                                            Karineh Khachatourian

                                            Attorney for Defendant
                                            MARKETO, INC.

**ORDER**

X☐   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

DATED: August 13, 2013

_____
Hon. William H. Orrick III
United States District Court Judge

DM2\4414757.1