UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IHANCE, INC.,

        Plaintiff,

    v.

MARKETO, INC.,

        Defendant.

Case No. 13-cv-02271-WHO

**ORDER ON STIPULATION TO STAY CASE**

Re: Dkt. No. 37

The parties have submitted a stipulation and [Proposed] Order Entering Stay of Proceedings. Dkt. 37. Pursuant to the stipulation, and for good cause appearing, this matter shall be stayed until January 31, 2014. Further, in the event that this matter has not settled by January 31, 2014 and that Marketo has filed a petition for *inter partes* review of both of the asserted patents, then the stay shall continue in effect until the earlier of the final resolution of Marketo's petition for *inter partes* review (including appeals) or an order from this court dissolving the stay after considering the pace of the *inter partes* review. A further case management conference is set for March 4, 2014 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: September 3, 2013



WILLIAM H. ORRICK
United States District Judge