UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHANCE, INC.,<br>　　　　Plaintiff,<br>　　v.<br>MARKETO, INC.,<br>　　　　Defendant. | Case No. 13-cv-02271-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 41 |

Pursuant to stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 27, 2013



_____
WILLIAM H. ORRICK
United States District Judge