UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHANCE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKETO, INC.,<br><br>    Defendant. | Case No.  13-cv-02271-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 41 |

Pursuant to stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 27, 2013



_____
WILLIAM H. ORRICK
United States District Judge